NUMBER 13-07-00355-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

BRYAN BREWER, Appellant,


v.



CAROL L. BREWER, Appellee. 

_____________________________________________________________


On appeal from the 135th District Court of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellants' brief in the above cause was due on September 12, 2007. On
September 25, 2007, and again on January 3, 2008, the Court notified appellant that the
appeal was subject to dismissal for want of prosecution unless, within ten days, appellant
reasonably explained his failure to file the brief and the appellee was not significantly
injured by the failure to timely file the brief. See Tex. R. App. P. 42.3(b),(c). Appellant
failed to respond to either notice. 

 Accordingly, we DISMISS the appeal for want of prosecution and failure to comply
with notices from this Court. See Tex. R. App. P. 38.8(a)(1); 42.3(b),(c).

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 20th day of March, 2008.